

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-15-00619-CV

Style:      Darrell J. Harper v. The State of Texas

Date motion filed[*]:      August 17, 2015

Type of motions:      Motion for Appointment of Appellate Counsel

Parties filing motions:    Pro Se Appellant

Document to be filed:    N/A

Is appeal accelerated?      No.

Ordered that motion is:

☐ Granted

     If document is to be filed, document due:

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: _____

With rare exceptions not present here, there is no entitlement to appointment of counsel in civil cases. *See Gibson v. Tolbert*, 102 S.W.3d 710, 712 (Tex. 2003); *see also Mustapha v. HSBC Bank USA, Nat'l Ass'n*, No. 14–11–00112–CV, 2012 WL 273897, at *1 (Tex. App.—Houston [14th Dist.] Jan. 31, 2012, pet. denied) (per curiam) (mem. op., not designated for publication). Further, appellant has not shown the "exceptional circumstances" that would warrant remanding for the trial court to consider the appointment of appellate counsel in this civil case. *Wigfall v. Tex. Dep't of Criminal Justice*, 137 S.W.3d 268, 274–75 (Tex. App.—Houston [1st Dist.] 2004, no pet.) (citations omitted). Accordingly, appellant's motion for appointment of appellate counsel is **denied**.

Judge's signature: /s/ Laura C. Higley
                    ☒ Acting individually      ☐ Acting for the Court

Date: September 1, 2015

November 7, 2008 Revision